United States District Court
Southern District of Texas
**ENTERED**
July 13, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § § § § § § § § § § § | |
| Plaintiffs. | |
| VS. | CIVIL ACTION NO. 3:21-cv-00065 |
| JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*, *et al.*, | |
| Defendants. | |

## ORDER

Pending before me is a discovery dispute. *See* Dkt. 70. In short, Defendants request that discovery be stayed until a ruling is issued on their motion to dismiss. Meanwhile, Plaintiffs maintain that discovery should proceed immediately.

I have carefully reviewed the joint written submission outlining the dispute, each side's position, and the efforts made to resolve it. I also conducted a lengthy oral hearing at which time the parties were given every opportunity to fully detail their respective positions.

Although my general practice is to allow discovery to proceed while a motion to dismiss is pending, this case presents unique circumstances. For starters, Defendants are seeking discovery against the President and Vice-President of the United States. Given separation of powers concerns, avoiding unnecessary burdens on the executive branch "is a matter that should inform the conduct of the entire proceeding, including the timing and scope of discovery." *Clinton v. Jones*, 520 U.S. 681, 707 (1997). I also have serious concerns about the expansive scope of the proposed discovery, especially because it appears as if this case presents a purely legal question about the President's authority. Finally, TC Energy's recent announcement that is has terminated the Keystone XL Pipeline Project raises

legitimate mootness issues, which I think should be resolved before discovery moves forward.

For these reasons, I order that discovery be STAYED until Defendants' Motion to Dismiss is decided.

SIGNED this 13th day of July 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE