# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., *Plaintiffs*, v. JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., *Defendants.* | Civ. Action No. 3:21-cv-00065 |

## JOINT MOTION OF ALL PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE

Plaintiffs State of Texas and State of Montana, et al., and Defendants Joseph R. Biden, Jr., et al., (collectively, the "Parties") jointly move the Court to continue the case management conference currently scheduled for July 27, 2021 (the "Conference"). Defendants' position is that developments have rendered this case moot, and Plaintiffs are evaluating the situation to determine how to proceed. Considering this uncertainty, the parties agree that the Conference would not be productive at this time and request a continuance.

Respectfully submitted this the 26th day of July, 2021,

|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br>Federal Programs Branch<br><br>/s/ *Jean Lin*<br>JEAN LIN, Attorney-in-Charge<br>NY Bar No. 4074530,<br>admitted *pro hac vice*<br>Special Litigation Counsel<br>STUART J. ROBINSON<br>KEVIN M. SNELL<br>Trial Attorneys<br>U.S. Dept. of Justice,<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 514-3716<br>Fax: (202) 616-8202<br>Email: jean.lin@usdoj.gov<br>**Counsel for the Defendants** |
|---|---|

| | |
|---|---|
| Austin Knudsen<br>Attorney General of Montana | Ken Paxton<br>Attorney General of Texas |
| Kristin Hansen<br>Lieutenant General | Brent Webster<br>First Assistant Attorney General |
| /s/ David M.S. Dewhirst<br>David Dewhirst (PRO HAC VICE)<br>Solicitor General | Judd E. Stone II<br>Solicitor General |
| | Patrick K. Sweeten<br>Deputy Attorney General for Special Litigation |
| Office of the Attorney General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT  59620-1401<br>Tel: (406) 444-4145<br>David.Dewhirst@mt.gov<br>**Counsel for the State of Montana** | /s/ Ryan D. Walters<br>Ryan D. Walters<br>*Attorney-in-Charge*<br>Special Counsel<br>Texas Bar No. 24105085<br>S.D. Tex.  Bar No. 3369185 |
| | Lanora C. Pettit<br>Principal Deputy<br>Solicitor General |
| | Jeffrey M. White<br>Special Counsel<br>Texas Bar No. 24064380<br>S.D. Tex. Bar No. 3667169 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-2714<br>Fax: (512) 457-4410<br>Judd.Stone@oag.texas.gov<br>Patrick.Sweeten@oag.texas.gov<br>Ryan.Walters@oag.texas.gov<br>Lanora.Pettit@oag.texas.gov<br>**Counsel for Plaintiff State of Texas** |

## CERTIFICATE OF CONFERENCE

I certify that on July 26, 2021, the parties conferred and agreed to jointly file this motion to continue the case management conference.

/s/ David M.S. Dewhirst
David Dewhirst (PRO HAC VICE)
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on July 26, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David M.S. Dewhirst
David Dewhirst (PRO HAC VICE)
Solicitor General