# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Civ. Action No. 3:21-cv-00065 |

# [PROPOSED] ORDER

Pending before the Court is the Parties' Joint Motion to Continue the Case Management Conference. After reviewing the Joint Motion, the record, and the applicable law, the Court GRANTS Parties' Joint Motion to Continue the Case Management Conference.

It is SO ORDERED.

Signed this _____ day of _____, 2021.

_____
ANDREW M. EDISON
United States Magistrate Judge