United States District Court
Southern District of Texas
**ENTERED**
August 02, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> *Defendants.* | Civ. Action No. 3:21-cv-00065 |

## [PROPOSED] ORDER

Upon the unopposed motion made by the Plaintiffs, and good cause appearing,

IT IS HEREBY ORDERED that the Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss is granted. Plaintiffs shall have up to and including August 23, 2021 to file their Response.

Dated this __2nd__ day of __Aug.__, 2021.

_____
United States District Judge