United States District Court
Southern District of Texas
**ENTERED**
September 03, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS, et al.,

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    *Defendants*.

No. 3:21-cv-00065

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to file Reply in Support of Motion to Dismiss, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, it is further

**ORDERED** that Defendants shall have until and including September 20, 2021, to file their motion to dismiss.

**SO ORDERED**.

Dated: September 03, 2021

*/s/ Jeffrey Brown*