Case 3:21-cv-00065   Document 132   Filed on 09/21/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS, et al.,

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    *Defendants*.

No. 3:21-cv-00065

### [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Leave to File Reply Brief in Excess of Fifteen (15) Pages, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Defendants may file a reply brief in excess of 15 pages and up to 35 pages.

**SO ORDERED**.

Dated: September 21, 2021

_____
U.S. District Court Judge Jeffrey V. Brown