# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.<br><br>*Defendants*. | Civ. Action No. 3:21-cv-00065 |

## [PROPOSED] ORDER GRANTING TRANSCANADA KEYSTONE PIPELINE, L.P. AND TC ENERGY CORPORATION'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Upon consideration of TC Energy Corporation and TransCanada Keystone Pipeline, LP's ("TC Energy") motion for leave to file brief as *amicus curiae* and the materials filed in support thereof, the Court hereby GRANTS the motion.

Dated: September __, 2021

_____
The Honorable Jeffrey V. Brown
U.S. District Court Judge