# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.                                                  Case Number: 3:21–cv–00065

Joseph R Biden, Jr, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 12/8/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion to Dismiss – #98

---

Date:    October 22, 2021                                      Nathan Ochsner, Clerk